Phillips Weeks, *Respondent, v.* William H. Clark and others, *Appellants.* — Order refusing to set aside sale affirmed, with costs and disbursements. Opinion by Pratt, J.

James Roach *v.* Benjamin Odell, *Sheriff.* — Order changing place of trial reversed, with costs and disbursements, defendant to stipulate as offered by Mr. Dickey. Opinion by Barnard, P. J., and Dykman, J.

In the Matter of Final Accounting of Swane Autrop, *Administrator.* — Motion for re-settlement of order denied, with ten dollars costs. Opinion by Dykman, J.

Henry Hoffman, *Appellant, v.* William S. Marrin and others, *Respondents.* — Order granting stay affirmed, with costs and disbursements. Opinion by Dykman, J.

Jans Jacobsen Frogner, *Respondent, v.* Dampskibs Selskabet, "Thingvalla" etc., *Appellant.* — Order denying motion to make complaint more definite and certain affirmed, with costs and disbursements. Opinion by Dykman, J.

John O'Brien, *Respondent, v.* The State of New York, *Appellant.* — Decision of state board of audit affirmed, with costs. Opinion by Dykman, J.

George M. Curtis and others, *Appellants, v.* Fannie S. Greene, *Respondent.* — Order affirmed, with costs and disbursements. Opinion by Pratt, J.; Dykman, J., not sitting.

Margaret Hickey, *as Administratrix, Appellant, v.* The Sylvan Lake Ore and Iron Company, *Respondent.* — Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Mary N. Johnson, *as sole Executrix, etc., Respondent, v.* John I. Lawrence and others, *Appellants.* — Part of judgment appealed from affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

David G. Bryant, *Respondent, v.* Lloyd Stevens and others, *Appellants.* — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

John W. Blauvelt, *as Executor, Respondent, v.* William B. Slocum, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by Dykman, J.

Catherine E. Dodge, *Respondent, v.* Frederick M. St. John, *Appellant.* — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Thomas Coxhead, *Appellant, v.* The Brooklyn, Bath and Coney Island Railroad Company. — Exceptions overruled and order dismissing complaint affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

William H. Pink, Jr., *Respondent, v.* Catherine L. Barberie and another, *Appellants.* — Judgment and order refusing to modify same affirmed, with costs. Opinion by Barnard, P. J.